UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BRANDLYN COLEMAN                                                                                    PLAINTIFF

VS.                                                                          CIVIL ACTION NO. 5:07cv91DCB-JMR

MICHAEL R. CLEVELAND AND
BORN AGAIN EXPRESS, INC.                                                                       DEFENDANTS

### JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY THIS CAUSE CAME ON TO BE HEARD on the joint Motion *ore tenus* of the Plaintiff and Defendants, for a Judgment of Dismissal with Prejudice of the above-entitled action, and it being stipulated and made known to the Court that this action has been fully compromised and settled, and that there remain no issues to be litigated by or between the parties or adjudicated by the Court and that all parties agree that the same should be dismissed with prejudice and consent to the entry of this Judgment; the Court, having maturely considered the same and being fully advised in the premises, is of the opinion and finds that said Motion is well taken and should be sustained.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED, that this cause be, and the same hereby is, dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the  13th  day of August, 2007.

 s/ David Bramlette
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

/s/ Joe Tatum

_____
JOE TATUM, ESQ., MSB#10308
TATUM & WADE, PLLC
POST OFFICE BOX 22688
JACKSON, MS 39225-2688

ATTORNEY FOR PLAINTIFF

/s/ Kevin Gay

_____
JOHN B. MACNEILL, ESQ., MSB# 1811
KEVIN E. GAY, ESQ., MSB#100721
MacNEILL & BUFFINGTON, P.A.
POST OFFICE BOX 12690
JACKSON, MS 39236-2690

ATTORNEY FOR DEFENDANTS